

**Allen Law**

**Michael Thad Allen, JD, PhD**
**Allen Law, LLC**

**PO Box 404**
**Quaker Hill, CT  06375**
**(860) 772-4738**
m.allen@allen-lawfirm.com

**September 22, 2020**

Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

**RE: 4ᵗʰ Letter Motion to Enlarge Time by 90 Days, *John Doe v. Syracuse, et al.*, No. No. 5:19-cv-190 (N.D.N.Y.)**

Your Honor,

According to Fed.R.Civ.P. 6(b)(1)(A) and NDNY LR 16.1(f), Plaintiff John Doe in the above-captioned action moves with the consent of Defendants Syracuse University, at al. to enlarge all deadlines by 90 days.

## I.    THE UNIFORM PRETRIAL SCHEDULING ORDER

This Court amended its Uniform Pretrial Scheduling Order by Order of June 18, 2020. Dk#58. The following deadlines apply:

| | |
|---|---|
| September 28, 2020 | Plaintiff's Expert Disclosure |
| November 16, 2020 | Defendant's Expert Disclosure |
| November 30, 2020 | Defendants' and Plaintiff's Rebuttal Expert Disclosure |
| December 29, 2020 | Completion of Discovery |
| March 15, 2021 | Substantive Motion Deadline |

## II.    GOOD CAUSE FOR 3ᴿᴰ ENLARGEMENT OF TIME

Plaintiff moves for a fourth enlargement of the above deadlines for good cause as follows:

Defendants have yet to conclude their production of documents and tangible things, including those that are subject to the Court's decision on Plaintiff's Letter Motion to Compel and pending appeal of the Magistrate Judge's decision ordering disclosure of certain documents of RP's advisor and counselor at Syracuse, on which supplemental briefing has been ordered by Judge Sannes.  See Dk#51, 56, 60-66.

*September 22, 2020*
*Page 2*

Defendants and Plaintiff have continued to work together on search terms and custodians to cull discoverable documents, but these documents have not yet been produced. Several discovery disputes remain pending, although the parties are working in good faith to resolve them.

In addition, Plaintiff, Defendants, and, indeed, the federal court system as a whole is adjusting to the current pandemic, which will interrupt and has postponed the parties' planned deposition schedule.

Given where the parties are in discovery at the present time and the interruption caused by the COVID-19 pandemic, undersigned counsel to Plaintiff contacted Defendants' counsel by email on or around September 21, 2020, and Attorney Buster Melvin conveyed Defendants' consent to an additional 90-day extension of time.

This is the fourth request for an enlargement of discovery time. No party will be prejudiced by the proposed consented-to enlargement of time.

## III.   PROPOSED SCHEDULING ORDER

Plaintiff's therefore propose the following 90-day consented-to extension of all deadlines subject to the Court's Uniform Pretrial Scheduling Order:

| | |
|---|---|
| January 4, 2021 | Plaintiff's Expert Disclosure |
| February 15, 2021 | Defendant's Expert Disclosure |
| February 29, 2021 | Defendants' and Plaintiff's Rebuttal Expert Disclosure |
| March 29, 2021 | Completion of Discovery |
| June 14, 2021 | Substantive Motion Deadline |

Sincerely,

Michael Thad Allen

## CERTIFICATE OF SERVICE

I hereby certify that on the date specified in the caption of this document, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

/s/Michael Thad Allen
Michael Thad Allen